THE GENERAL TANNING CORPORATION, Respondent, *v.* CONSOLIDATED SEWING MACHINE & SUPPLY CO., INC., Appellant.

(Submitted February 28, 1934; decided March 20, 1934.)

*Philip E. Rosenblum* and *Samuel Horowitz* for appellant.
*Robert S. Kristeller* for respondent.

Order affirmed, with costs; and question certified answered in the negative.   No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.